UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH SMITH,

        Petitioner,             FILE NO. 2:08-CV-117

v.                             HON. ROBERT HOLMES BELL

GERALD HOFBAUER,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this date,

**IT IS ORDERED** that Petitioner's Objections (docket #4) to the Report and Recommendation of the Magistrate Judge are **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge (docket #3) is **ACCEPTED** in part and **REJECTED** in part, as set forth in the Opinion of this date.

**IT IS FURTHER ORDERED** that the habeas corpus petition is **DENIED** because it is barred by the statute of limitations.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability.

Dated: June 18, 2009                      /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE